# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:06-CR-0098-RLH-RJJ |
| vs. | ) | **O R D E R** |
| LEMAR GANT, | ) | |
| Defendant. | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#36, filed January 17, 2007), entered by the Honorable Robert J. Johnston regarding Defendant's Motion to Suppress (#20). An Objection (39) was] filed to Magistrate Judge Johnston's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The Government filed an Opposition (#41) thereto, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Johnston should be accepted and adopted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#36) is AFFIRMED and ADOPTED and Defendant's Motion to Suppress (#20) is denied.

Dated: February 14, 2007.

_____
ROGER L. HUNT
Chief U.S. District Judge